UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEKOU SHUTSHA,

                Plaintiff,

-against-

NYPD SGT. CAO; NYPD SGT. RAYMOND IP; CITY OF NEW YORK,

                Defendants.

21-CV-2461 (CM)

CIVIL JUDGMENT

Pursuant to the order issued May 10, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 10, 2021
          New York, New York

                                        COLLEEN McMAHON
                                       United States District Judge